**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:04cv479**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **MOHIEDEN Z. OMAR,** | ) | |
| | ) | |
| **Debtor.** | ) | |
| **Chapter 7 Case No.:01-30795** | ) | |
| | ) | |
| **Moheiden Z. Omar,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **Metrolina Orthopaedic and** | ) | |
| **Sports Medicine Clinic, P.A.,** | ) | |
| **Joseph Estwanik, M.D., and** | ) | |
| **Charlotte-Mecklenburg** | ) | |
| **Hospital Authority,** | ) | |
| | ) | |
| **Appellees.** | ) | |

**THIS MATTER** came before the Court by reassignment.

On September 13, 2004, the Appellant timely filed a notice of appeal

from an Order of the United States Bankruptcy Court granting the

Appellees' motions to determine the entitlement to and disbursement of

settlement proceeds. On October 5, 2004, the Hon. Graham C. Mullen granted the Appellant's motion to stay the disbursement of the proceeds at issue. The parties filed their respective briefs and the matter became ready for ruling by the District Court on February 11, 2005.

Thereafter, the case was reassigned on three occasions prior to the reassignment to the undersigned. In light of the length of time that the matter has been pending without any filings by the Court or any party, the Court will require the parties to provide a status report in order to insure that the case has not been resolved without further Court intervention.

**IT IS, THEREFORE, ORDERED** that on or before fifteen (15) days from entry of this Order, the parties shall advise by pleading not to exceed three (3) double-spaced pages in size 14 font whether all or any portion of this appeal has been resolved.

Signed: December 10, 2007

Martin Reidinger
United States District Judge