IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:04cv479

| | |
|---|---|
| In *re*:  )<br> )<br>    MOHIEDEN Z. OMAR,   )<br> )<br>        Debtor.   )<br>_____)<br> )<br> )<br> )<br>MOHIEDEN Z. OMAR,   )<br> )<br>       Appellant,   )<br> )<br>       vs.   )<br> )<br>METROLINA ORTHOPAEDIC   )<br>and SPORTS MEDICINE CLINIC,)<br>P.A., JOSEPH ESTWANIK, M.D., )<br>and CHARLOTTE-   )<br>MECKLENBURG HOSPITAL   )<br>AUTHORITY,   )<br> )<br>       Appellees.   )<br>_____) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Motion for Disbursement of Registry Funds [Doc. 16], filed June 16, 2008, by Metrolina Orthopaedic and Sports Medicine Clinic, PA and Joseph Estwanik, M.D. No response

to the motion has been received.

The Court finds, for the reasons stated in the motion, that it should be granted.

**IT IS, THEREFORE, ORDERED** that the Motion for Disbursement of Registry Funds [Doc. 16], filed June 16, 2008, by Metrolina Orthopaedic and Sports Medicine Clinic, PA and Joseph Estwanik, M.D. is hereby **GRANTED** and

**IT IS FURTHER ORDERED** that the Clerk of Court for the United States District Court for the Western District of North Carolina shall disburse from the Court's registry the sum of eight thousand five hundred forty-five dollars and no cents ($8,545.00) payable to Grier, Furr & Crisp, PA Trust Account for the benefit of Metrolina Orthopaedic and Sports Medicine Clinic, PA, 101 North Tryon Street, Suite 1240, Charlotte, N.C. 28246.

Martin Reidinger
United States District Judge

Signed: July 9, 2008