# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:04cv479

| | |
|---|---|
| In *re*: )<br>)<br>   MOHIEDEN Z. OMAR, )<br>)<br>       Debtor. )<br>_____)<br>)<br>)<br>)<br>MOHIEDEN Z. OMAR, )<br>)<br>       Appellant, )<br>)<br>   vs. )<br>)<br>METROLINA ORTHOPAEDIC )<br>and SPORTS MEDICINE CLINIC,)<br>P.A., JOSEPH ESTWANIK, M.D., )<br>and CHARLOTTE- )<br>MECKLENBURG HOSPITAL )<br>AUTHORITY, )<br>)<br>       Appellees. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Motion for Disbursement of Funds [Doc. 18], filed July 21, 2008, by Charlotte-Mecklenburg Hospital Authority.

No response or objection to the motion has been filed. The Court finds, for the reasons stated in the motion, that it should be granted.

**IT IS, THEREFORE, ORDERED** that the Motion for Disbursement of Funds [Doc. 18], of Charlotte-Mecklenburg Hospital Authority is hereby **GRANTED** and

**IT IS FURTHER ORDERED** that the Clerk of Court for the United States District Court for the Western District of North Carolina shall disburse from the Court's registry the sum of twenty-three thousand seven hundred sixty-five dollars and fifty-eight cents ($23,765.58) payable to R. Keith Johnson, Esq. Trust Account for the benefit of Charlotte-Mecklenburg Hospital Authority.

**IT IS FURTHER ORDERED** that the Clerk of Court for the United States District Court for the Western District of North Carolina shall disburse from the Court's registry any remaining funds payable to the Clerk of Court, United States Bankruptcy Court, Western District of North Carolina, for the benefit of Mohieden Z. Omar.

*signature*
Martin Reidinger
United States District Judge

Signed: August 12, 2008